# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Linda M. Wilhelm, Debtor(s)

Case No. 19-16899/elf
Chapter 13

## ORDER

AND NOW, this 12th day of June, 2020 it is hereby **ORDERED** that Bradly E. Allen is **ALLOWED** compensation in the amount of $3,500.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,810.00 of which $1,778.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition. The Trustee may distribute $1,722.00 to debtor's counsel as an administrative expense to the extent provided by Debtor's Chapter 13 Plan

Dated: 6/12/20

ERIC L. FRANK
United States Bankruptcy Judge