Official Form 416A (12/15)

# United States Bankruptcy Court
## EASTERN DISTRICT OF PENNSYLVANIA

In re  **Linda M. Wilhelm**  ,  Chapter 13 No. 19-16899/elf

## PRAECIPE TO WITHDRAW

**TO THE BANKRUPTCY CLERK:**

Kindly withdraw the Motion to Modify Chapter 13 Plan Post-Confirmation along with the Amended Chapter 13 Plan Post-Confirmation and cancel the hearing scheduled for December 22, 2020 at 10:00 a.m..

Dated:  December 9, 2020            /s/Brady E. Allen, Esquire
                                    Attorney for Debtor, Linda M. Wilhelm